**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| YEHONATAN KAPACH, individually,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:26-cv-00628-MOC-MTO |

**DEFENDANT GOOGLE LLC'S**
**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT**

Defendant Google LLC ("***Google***"), by and through undersigned counsel, respectfully moves this Court for an order dismissing the First Amended Verified Complaint (ECF No. 8, "***FAC***") of *pro se* Plaintiff Yehonatan Kapach for lack of standing pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for failure to state a claim pursuant to Rule 12(b)(6).

The bases for this Motion are set forth in the accompanying *Brief in Support of Defendant Google LLC's Motion to Dismiss Plaintiff's First Amended Verified Complaint* ("***Brief***"), the Declaration of Victoria Hansen (with Tabs 1-3), and the Declaration of Christopher Knight (with Tabs 1-5).[1] The aforementioned Brief and supporting documents are filed contemporaneously with this Motion pursuant to Local Rule 7.1(c).

As set forth in Google's papers, the Court should dismiss this action pursuant to Rule 12(b)(1) for lack of standing because Plaintiff cannot sue in his individual capacity for purported injuries that he alleges belong to the limited liability company through which he conducts his

[1] The Declarations present the documents forming the parties' contracts at issue which the FAC is based on, but which Plaintiff failed to attach to his pleading.

business as identified in the FAC. While the Court need not reach the merits of Plaintiff's claims given Plaintiff's lack of standing, if the Court does, the FAC and each claim therein should be dismissed with prejudice pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted on each of the independent grounds raised in the accompanying Brief.

WHEREFORE, Google respectfully requests that this Court grant Google's Motion to Dismiss and enter an order dismissing Plaintiff's First Amended Verified Complaint in its entirety.

Respectfully submitted this 22nd day of September, 2026.

*/s/ Colin D. Dailey*
Colin D. Dailey (NC Bar No. 54408)
Counsel for Defendant Google LLC
BRYAN CAVE LEIGHTON PAISNER LLP
301 S. College Street, Suite 2150
Charlotte, NC 28202
Tel: (704) 749-8950
E-Mail: colin.dailey@bclplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **DEFENDANT GOOGLE LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all counsel of record, and was served on *pro se* Plaintiff by U.S. Mail and Email as follows:

Yehonatan Kapach
13929 Daltrey Lane
Charlotte, NC 28277
yklocks@gmail.com

This 22nd day of September, 2026.

*/s/ Colin D. Dailey*
Colin D. Dailey

*Counsel for Defendant Google LLC*