**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:26-cv-628-MOC-MTO**

| | | |
|---|---|---|
| **YEHONATAN KAPACH,** | ) | |
| | ) | |
| **Plaintiff, pro se,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GOOGLE LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint, filed on August 12, 2026. (Doc. No. 5).

Plaintiff filed an Amended Complaint on August 18, 2026. (Doc. No. 8). Because Plaintiff has filed an Amended Complaint, the pending motion to dismiss the original Complaint is moot. See Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule ... is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect."); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motions to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS THEREFORE ORDERED** that:

(1) Defendant's Motion to Dismiss, (Doc. No. 5), is **DENIED** as **MOOT**.

Signed: September 29, 2026

Max O. Cogburn Jr.
United States District Judge



Case 3:26-cv-00628-MOC-MTO Document 15 Filed 09/29/26 Page 1 of 1